23cr60173

FILED BY ____MC____ D.C.

JAN 23 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.

Dear Senior Judge Donald L. Graham,

I am writing to you regarding my close friend, Tracy Wade, who is appearing before you in relation to a case involving allegations of PPP loan fraud. I have had the privilege of knowing Tracy for over 12 years, and during this time, I have come to understand the exceptional qualities that define his character.

Tracy is a devoted father and grandfather whose family relies on him both emotionally and financially. He owns and operates a funeral home, a business that requires immense compassion and dedication. Tracy's commitment extends far beyond his professional duties, he has continuously shown kindness and support to our community.

As a former law enforcement officer, Tracy has contributed positively to society, often going above and beyond in his service. Throughout our friendship, he has been a mentor to me, helping me blossom from an introvert into a more self-assured individual. His guidance has allowed me to form new connections and engage with others confidently.

I believe it is important for the court to understand that Tracy is an individual who trusts people easily, and in this situation, I feel he may have been taken advantage of. His inherent goodness and desire to help can sometimes lead him into difficult circumstances.

I respectfully urge you to consider these aspects of Tracy's character as you deliberate on his case. He has consistently demonstrated integrity and compassion in all that he does, and I firmly believe that he should be viewed in light of his true character rather than the circumstances that have arisen.

Thank you for considering my perspective on Tracy's character. I hope this letter provides some insight into the man I know and respect.

Sincerely,

Rodolfo Rivera

Rodolfo M. Rivera
9741 SW 12th St.
Pembroke Pines, FL 33025

NEOPOST
01/15/2025
US POSTAGE $00



Sr. Judge Donald L. Graham
Wilkie D. Ferguson, Jr. United States Courthouse
400 N. Miami Ave.
RM # 13-4
Miami, FL 33120

01/16